IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARK BAGWELL<br>    Plaintiff,<br>v.<br><br>MEMPHIS-SHELBY COUNTY<br>AIRPORT AUTHORITY, LARRY COX<br>And MIKE HILL<br>    Defendants. | No. 04-2576-MiP |

## ORDER TO UNOPPOSED MOTION TO EXTEND TIME FOR EXPERT DISCLOSURE

**IT APPEARS TO THIS COURT** for good cause shown, that the deadline for Plaintiff's Unopposed Motion to Extend Time for Expert Disclosure should be granted pursuant to *Federal Rule of Civil Procedure 16(b)*.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Unopposed Motion to Extend time for Expert Disclosure be granted and the time for Plaintiff's expert witness disclosure be extended to July 8, 2005, and time for Defendant's expert witness disclosure be extended to August 8, 2005.

SO ORDERED THIS ___15___ DAY OF JUNE, 2005

_____
Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-16-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CV-02576 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Todd P. Photopulos
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Dwight G. McQuirter
DWIGHT G. MCQUIRTER, PLLC
P.O. Box 243
Spring Hill, TN 37174

Honorable Jon McCalla
US DISTRICT COURT