IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -5 PM 3:18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MARK CRAIG BAGWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-2576 M1/P |
| ) | |
| MEMPHIS-SHELBY COUNTY AIRPORT ) | |
| AUTHORITY, LARRY COX, and ) | |
| MIKE HILL, ) | |
| ) | |
| Defendants. ) | |

## ORDER TO SHOW CAUSE

Before the Court is Defendants' Motion to Dismiss and Defendants' Motion to Strike Jury Demand, filed on November 23, 2004. Having reviewed the record, the Court finds that a question exists regarding whether this Court may properly exercise subject matter jurisdiction over Plaintiff's claims against a governmental entity and its employees. See In re Lewis, 398 F.3d. 735, 739 (6th Cir. 2005) ("The existence of subject matter jurisdiction may be raised at any time, by any party, or even *sua sponte* by the court itself") (citations omitted). Plaintiff is hereby ORDERED to SHOW CAUSE within twenty (20) days of the date of entry of this Order why each of

Plaintiff's claims against Defendants should not be dismissed for lack of subject matter jurisdiction.[1]

Failure to respond to this Order to Show Cause in a timely manner may result in the Court dismissing Plaintiff's claims against Defendants.

So ORDERED this 6 day of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] To comply with this Order, Plaintiff must file a written response to the Order to Show Cause.

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:04-CV-02576 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Todd P. Photopulos
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Dwight G. McQuirter
DWIGHT G. MCQUIRTER, PLLC
P.O. Box 243
Spring Hill, TN 37174

Honorable Jon McCalla
US DISTRICT COURT