IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG -8 PM 4: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MARK CRAIG BAGWELL, )<br>)<br>Plaintiff, )<br>)<br>vs )<br>)<br>MEMPHIS-SHELBY COUNTY AIRPORT )<br>AUTHORITY, LARRY COX, and )<br>MIKE HILL, )<br>)<br>Defendants. ) | Civil Action No.: 04-2576-MI/P |

### ORDER GRANTING DEFENDANTS'
### UNOPPOSED MOTION FOR EXTENSION OF TIME TO
### SUBMIT EXPERT WITNESS DISCLOSURE

**NOW BEFORE THE COURT COMES** Defendants' Unopposed Motion for Extension of Time to Submit Expert Witness Disclosure. For good cause shown, the Defendants' Motion is hereby granted. It is, therefore, ordered that the deadline for Defendants to submit expert witness disclosures be extended until fifteen (15) days following the Court's resolution of the Order to Show Cause and Plaintiff's Motion for Voluntary Dismissal Without Prejudice.

**IT IS SO ORDERED**, this __8__ day of __August 2005__

JUDGE ~~Jon Phipps McCalla~~ T J M. Phan
UNITED STATES ~~District~~ JUDGE
Magistrate

MEMPHIS 170122v1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __8-9-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 2:04-CV-02576 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Dwight G. McQuirter
DWIGHT G. MCQUIRTER, PLLC
P.O. Box 243
Spring Hill, TN 37174

Todd P. Photopulos
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT