FILED BY ___ D.C.

05 SEP 15 AM 8:55

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN MEMPHIS

FILED BY ___ D.C.

05 JUL 29 AM 9:41

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| MARK BAGWELL<br>    Plaintiff,<br><br>v.<br><br>MEMPHIS-SHELBY COUNTY<br>AIRPORT AUTHORITY, LARRY COX<br>And MIKE HILL,<br>    Defendants. | Civil Action No. 04-2576-MiP<br><br>MOTION DENIED<br>for the reason<br>cited in Defendant's<br>memo.<br><br>JON PHIPPS McCALLA<br>U.S. DISTRICT JUDGE<br><br>Sept. 13, 2005<br>DATE |

## MOTION FOR
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW**, the Plaintiff, Mark Bagwell, by and though the undersigned counsel, and moves the Court to dismiss the cause of action without prejudice pursuant to *Federal Rules of Civil Procedure 41(a)(2)*, and would state the following:

1. On July 28, 2004, Plaintiff Bagwell originally filed his complaint pursuant to *28 U.S.C. §1331* charging Defendant Memphis Shelby County Airport Authority ("MSCAA"), with violation of the *Fair Labor Standards Act* ("FLSA") codified in *29 U.S.C.A. §207* and *§215*. Plaintiff's complaint further charged Defendants Larry Cox and Mike Hill, in their official and individual capacities, with deprivation of Plaintiff's right and privileges in violation of *42 U.S.C.A. §1983*, which Plaintiff later conceded.

2. Plaintiff Bagwell's original complaint included state law claims, by way of the Court's supplemental jurisdiction pursuant to *28 U.S.C. §1367*, charging Defendant Larry Cox with Tennessee common law claim for negligent supervision and Defendant Mike Hill with infliction of emotional distress under Tennessee common law.

3. On March 30, 2005, this Court granted Plaintiff Bagwell motion to supplement his pleading for charges against Defendants in violation of Tennessee common law for retaliatory discharge against public policy and unlawful discharge in violation of *TCA §50-1-304.*

4. The state law claims substantially predominate over the claims in which this Court has original jurisdiction.

5. State court have concurrent jurisdiction over the federal question claims in this case.

6. Plaintiff intends to immediately file his cause of action in Circuit Court of Shelby County, Tennessee.

7. Dismissal of this action does not cause the Defendants to suffer "plain legal prejudice".

8. Based on the foregoing, as well as the arguments set forth in the attached *Memorandum in Support*, the Plaintiff respectfully request that his Motion for Voluntary Dismissal be granted without prejudice.

9. This Motion is accompanied by a *Memorandum in Support, Certificate of Consultation* and proposed *Order*.

Respectively submitted,
This 27th day of July, 2005.

_____
Dwight G. McQuirter, #022929
Post Office Box 243
Spring Hill, TN 37174
Phone: 901-452-0086

## CERTIFICATION OF SERVICE

I certify that a true and exact copy of the foregoing has been mailed on 27th day of July, 2005, by regular mail, postage paid, to:

>Todd P. Photopolus, Attorney for Defendants
>Butler, Snow, O'Mara, Stevens & Cannada, PLLC
>6075 Poplar Avenue, Suite 500
>Memphis, TN  38119
>FAX: 901-680-7201

_____
Dwight G. McQuirter,

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:04-CV-02576 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Todd P. Photopulos
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Dwight G. McQuirter
DWIGHT G. MCQUIRTER, PLLC
P.O. Box 243
Spring Hill, TN 37174

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT