IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARK CRAIG BAGWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 04-2576 Ml/P |
| MEMPHIS-SHELBY COUNTY AIRPORT | ) |
| AUTHORITY, LARRY COX, and | ) |
| MIKE HILL, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER DENYING JOINT MOTION FOR STAY OF DEADLINES AS MOOT AND WITHDRAWING ORDER TO SHOW CAUSE**

Before the Court is the Joint Motion for Stay of Deadlines, filed September 12, 2005. The Court has already decided Defendants' Motion to Dismiss, and Plaintiff's Motion for Voluntary Dismissal Without Prejudice.[1] Accordingly, the Court DENIES the motion as moot.

SO ORDERED this 16 day of September, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] Neither party has responded to the Order to Show Cause, entered July 6, 2005. On further review, the Court has determined that the Show Cause Order should be, and is hereby, WITHDRAWN.

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 9-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:04-CV-02576 was distributed by fax, mail, or direct printing on September 19, 2005 to the parties listed.

---

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Todd P. Photopulos
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Dwight G. McQuirter
DWIGHT G. MCQUIRTER, PLLC
P.O. Box 243
Spring Hill, TN 37174

Honorable Jon McCalla
US DISTRICT COURT