FILED BY ____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP 26 PM 2: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MARK CRAIG BAGWELL,<br><br>    Plaintiff,<br><br>v.<br><br>MEMPHIS-SHELBY COUNTY AIRPORT<br>AUTHORITY, LARRY COX, and<br>MIKE HILL,<br><br>    Defendants. | No. 04-2576 Ml/P |

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTION DEADLINES

Before the Court is the Joint Motion for Extension of Discovery and Dispositive Motion Deadlines, filed September 19, 2005. Good cause having been shown, the Court GRANTS the motion and amends the scheduling order as follows:

The deadline for completion of depositions is October 17, 2005.

The deadline for filing dispositive motions is November 18, 2005.

SO ORDERED this 26 day of September, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:04-CV-02576 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Todd P. Photopulos
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Dwight G. McQuirter
DWIGHT G. MCQUIRTER, PLLC
P.O. Box 243
Spring Hill, TN 37174

Honorable Jon McCalla
US DISTRICT COURT